UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

| | |
|---|---|
| TEAMSTERS LOCAL 456 PENSION, HEALTH & WELFARE, ANNUITY, EDUCATION & TRAINING, INDUSTRY ADVANCEMENT, and LEGAL SERVICES FUNDS by Louis A. Picani, Joseph Sansone, Dominick Cassanelli, Jr., Saul Singer, Ross Pepe, and Jeffrey Isaacs as Trustees and fiduciaries of the Funds, and WESTCHESTER TEAMSTERS LOCAL UNION NO. 456, | Civil Action No. 7:20-cv-08108 (NSR) |
| Plaintiffs, | |
| - against - | |
| IMPERIAL ASPHALT AND AGGREGATE DISTRIBUTOR INCORPORATED a/k/a IMPERIAL ASPHALT AND AGGREGATE DISTRIBUTOR INC. and ONEIL HENRY, INDIVIDUALLY, | |
| Defendants. | |

------------------------------------------------------------------ x

## NOTICE OF DISMISSAL

Plaintiffs Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, Industry Advancement, and Legal Services Funds by Louis A. Picani, Joseph Sansone, Dominick Cassanelli, Jr., Saul Singer, Ross Pepe, and Jeffrey Isaacs as Trustees and fiduciaries of the Funds (the "Funds"), and Westchester Teamsters Local Union No. 456 ("Local 456," together with the Funds, "Plaintiffs"), pursuant to F.R.C.P. 41(a), voluntarily dismiss this action without prejudice and without costs to any party.

1

9629252.1

Dated: New York, New York
April 21, 2021

Respectfully submitted,

*/s/ Michael S. Adler*
Michael S. Adler
COHEN, WEISS AND SIMON LLP
900 Third Avenue, Suite 2100
New York, New York 10022-4869
Telephone:(212) 563-4100
Facsimile:  (646) 473-8251
madler@cwsny.com

Attorneys for Plaintiffs